JAMES M. HAMILTON, Appellant, *v.* FRANK V. FLECKENSTEIN, Defendant, and WILLIAM S. MORSE et al., Respondents.

*Hamilton* v. *Fleckenstein,* 123 App. Div. 913, affirmed.
(Argued October 19, 1909; decided November 9, 1909.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered April 13, 1908, affirming a judgment in favor of defendants entered upon a dismissal of the complaint by the court at Special Term in an action to foreclose a lien for money alleged to have been paid on a contract for the sale of real property.

*Hugh J. O'Brien* for appellant.

*Henry D. Shedd* for respondents.

Judgment affirmed, with costs ; no opinion.
Concur : CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, WERNER, WILLARD BARTLETT and HISCOCK, JJ.